Charles L. Murray III (Bar No. 195053)
444 South Flower Street
Suite 2530
Los Angeles, California 90071
Telephone:    (213) 627-5983
Facsimile:    (213) 627-6051

Attorneys for PLAINTIFF G.F. KOREA, INC. & JIYOUNG KIM

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re.<br><br>    HANNAH KIM,<br><br>G.F. KOREA, INC., JIYOUNG KIM.<br><br>    Plaintiffs.<br><br>        vs.<br><br>HANNAH KIM<br><br>    Defendant | Case No.: 8:17-bk-11664-TA<br><br>Chapter 7<br><br>Adversary No.: 8:18-ap-01063-TA<br><br>[Assigned to the Honorable Theodor Albert]<br><br>DECLARATION OF CHARLES L. MURRAY III IN SUPPORT OF PLAINTIFFS G.F. KOREA, INC. AND JIYOUNG KIM REQEUST FOR ENTRY OF DEFAULT |

### DECLARATION OF CHARLES L. MURRAY III

I, Charles L. Murray III, hereby declare:

1.  I am the attorney of record for the Plaintiffs G.F. KOREA and JIYOUNG KIM in the above entitled matter. I have personal knowledge of the following facts and if called upon to testify thereto, I could and would do so under oath.

2.  I make this declaration pursuant to Local Rule 7055-1, FRBP 7055 and F.R. Civ. Pro. 55(a).

3.  Plaintiffs G.F. KOREA and JIYOUNG KIM filed the above-captioned Adversary Complaint (hereinafter "AC") against HANNAH KIM on March 27, 2018. The AC was served on March 27, 2018. Defendant HANNAH KIM's response was due on April 25, 2018.

4. Defendant HANNAH KIM has neither sought affirmative relief, plead or sought to defend the AC. I have had no communication from HANNAH KIM.

5. Accordingly, I request an entry of default on the AC against HANNAH KIM and in favor of Plaintiffs G.F. KOREA, INC. and JIYOUNG KIM.

6. I hereby declare under penalty of perjury that the foregoing is true and correct and to the best of my personal knowledge, under the laws of the United States of America.

Executed May 4, 2018, Los Angeles, California.

By: _____
Charles L. Murray III

2

DECLARATION OF CHARLES L. MURRAY III RE: REQ FOR DEFAULT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
444 SOUTH FLOWER STREET, STE. 2530, LOS ANGELES, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF CHARLES L. MURRAY III
IN SUPPORT OF PLAINTIFFS G.F. KOREA, INC. AND JIYOUNG KIM REQEUST FOR ENTRY OF DEFAULT
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  05/04/2018  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 HANNAH KIM, 4371 PIONEER STREET, IRVINE, CA 92604

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  05/04/2018  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

 Hon. Theodor Albert, Ronald Reagan Courthouse, 411 W. 4th Street, Suite 5085/Courtroom 5B, Santa Ana, Ca 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/04/2018 | CHARLES L. MURRAY III | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**