United States Bankruptcy Court
Central District of California

Kim,
    Plaintiff

Adv. Proc. No. 18-01063-TA

Kim,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: esteinber              Page 1 of 1                   Date Rcvd: May 07, 2018
                              Form ID: van192              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.
pla            +GF KOREA, INC.,    444 S Flower St Ste 2530,    Los Angeles, CA 90071-2901
dft            +Hannah Kim,   4371 Pioneer St.,    Irvine, CA 92604-2700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla            Ji Young Kim
                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:
    Charles L Murray, III    on behalf of Plaintiff Ji Young Kim cm3esquire@sbcglobal.net, cm3esquire@sbcglobal.net
    Charles L Murray, III    on behalf of Plaintiff  GF KOREA, INC. cm3esquire@sbcglobal.net, cm3esquire@sbcglobal.net
    Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                    TOTAL: 4

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

| | |
|---|---|
| In re:<br>Hannah Kim<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  8:17−bk−11664−TA<br><br>CHAPTER NO.:  7 |
| Ji Young Kim<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Hannah Kim<br><br><br>Defendant(s) | ADVERSARY NO.:  8:18−ap−01063−TA |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On May 3, 2018, a request was filed for the clerk to enter default against defendant(s) **Hannah Kim**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: May 7, 2018

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Elizabeth Steinberg**
   **Deputy Clerk**

(Form van192−nched VAN−192) Rev. 12/2014      **7 − 5 / STE**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Ji Young Kim<br>GF KOREA, INC. | Hannah Kim |

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A