| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Charles L. Murray III, Esq. SBN 195053<br>444 S. Flower St. Suite 2530<br>Los Angeles, CA 90071<br>Telephone: 213-627-5983<br>Facsimile: 213-627-6051<br>cmurray@cm3law.com<br><br>Attorney for Plaintiffs Ji Young Kim, and G.F. Korea<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiffs GF Korea, Inc. & Ji Young Kim | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br>Hannah Kim<br><br>Debtor(s). | CASE NO.: 8:17−bk−11664−TA<br>CHAPTER: 7<br>ADVERSARY NO.: 8:18-ap-01063-TA |
|---|---|
| Ji Young Kim and<br><br>GF KOREA, INC.<br><br>Plaintiff(s),<br><br>vs.<br><br>Hannah Kim<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*of motion*[1]): **DEFAULT JUDGMENT (BASED ON PRIOR JUDGMENT)** |

PLEASE TAKE NOTE that the order or judgment titled **DEFAULT JUDGMENT (BASED ON PRIOR JUDGMENT)** was lodged on (*date*) 5/31/2018 and is attached.  This order relates to the motion which is docket number 11.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

444 S. Flower Street Suite 2530 Los Angeles CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/9/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Charles L Murray, III on behalf of Plaintiffs Ji Young Kim GF Korea Inc. cm3esquire@sbcglobal.net,
Karen S Naylor (TR) alane@ringstadlaw.com, knaylor@IQ7technology.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) 05/31/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hannah Kim (Debtor/Defendant) 4371 Pioneer St., Irvine, CA 92604-2700

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/31/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor Albert
Ronald Reagan Federal Courthouse
411 W Fourth St., Crtrm 5B
Santa Ana, CA 92701 (5th floor drop box)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/1/2018 | Charles L. Murray | /s/ Charles L. Murray |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**