Charles L. Murray III, Esq. SBN 195053
444 S. Flower St. Suite 2530
Los Angeles, CA 90071
Telephone: 213-627-5983
Facsimile: 213-627-6051
cmurray@cm3law.com

Attorney for Plaintiff Ji Young Kim, and G.F. Korea

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re:**<br><br>**HANNAH KIM**<br><br>**Debtor** | Case. No:  8:17-bk-11664-TA<br><br>Adversary: 8:18-ap-01063<br><br>Hon: THEODOR ALBERT<br><br>Chapter 7<br><br>**NOTICE OF EXHIBIT TO [PROPOSED] DEFAULT JUDGMENT OF ADVERSARY PROCEEDING** [AMENDED] |

**TO THE HONORABLE THEODOR ALBERT, FEDERAL BANKRUPTCY JUDGE, AND TO DEBTOR HANNAH KIM AND HER ATTORNEY OF RECORD, AND TO ALL INTERESTED PARTIES:**

**PLEASE BE ADVISED** of the attached exhibit to the [PROPOSED] Default Judgment.

Dated: June 1, 2018        By: _____
CHARLES L. MURRAY III
Attorney for Plaintiff/Creditor
JI YOUNG KIM and
G.F. KOREA, INC.

1

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
12/16/2016 at 05:48:23 PM
Clerk of the Superior Court
By Enrique Veloz, Deputy Clerk

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
JAN 10 2017
DAVID H. YAMASAKI, Clerk of the Court
BY: _____ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE-CENTRAL JUSTICE CENTER

| | |
|---|---|
| G. F. KOREA, INC., <br><br> Plaintiff, <br> vs. <br> YEHYANG, INC., et al., <br><br> Defendants. | Case No. 30-2014-00755207-CU-BT-CJC <br><br> Assigned for All Purposes To: <br> Judge: Hon. Deborah Servino <br><br> [PROPOSED] FIRST AMENDED JUDGMENT |

This cause came on regularly for trial on August 22, 2016 in Department C-23, the Honorable Deborah C. Servino, Judge of the Superior Court, presiding. Plaintiffs G.F. Korea, Inc. and JiYoung Kim and Cross-Defendants G.F. Korea, Inc., JiYoung Kim and Jong Dae Lee appeared by and through attorney Charles L. Murray III of the Law Office of Charles L. Murray III, their attorney. Defendants Yehyang, Inc., Ik Soo Bang, Hye Young Bang, and Hannah Kim and Cross-Complainants Hye Young Bang, and Hannah Kim appeared by and through attorney Matthew Reynolds of Kring & Chung, LLP, their attorney.

The trial was bifurcated. The first phase of the trial consisted of the liability issues on Plaintiffs

1

First Amended JUDGMENT

and Cross–Defendants G.F. Korea, Inc. and JiYoung Kim Complaint, and Defendants and Cross-Complainants Yehyang, Inc., Hye Young Bang, and Hannah Kim Cross-Complaint; the Second Phase would consist of punitive damages. A jury of twelve persons was regularly empanelled and sworn to try the action. On September 28, 2016 the Jury returned its verdict on the First Phase. On September 29, 2016 the Jury returned its verdict on the Second Phase.

## FIRST PHASE OF THE TRIAL-SPECIAL VERDICT FORM

After hearing the evidence, arguments of counsel, and instructions of the Court, and the following questions as stipulated to by the parties, the jury deliberated and unanimously returned the special verdict on the first phase-complaint, of the trial that stated:

For each claim, select one of the two options listed and answer any follow-up questions.

1. On Hannah Kim's claim against G.F. Korea for unpaid overtime
   \_\_\_\_ we find in favor of Hannah Kim and against G.F. Korea.
   _X_ we find in favor of G.F. Korea against Hannah Kim.
   If you find in favor of Hannah Kim, what is the amount of wages owed? $ \_\_\_\_.

2. On Hannah Kim's claim against G.F. Korea for unpaid minimum wages
   \_\_\_\_ we find in favor of Hannah Kim and against G.F. Korea.
   _X_ we find in favor of G.F. Korea and against Hannah Kim.
   If you find in favor of Hannah Kim, what is the amount of wages owed? $ \_\_\_\_.
   If you find in favor of Hannah, how many hours was Hannah Kim paid less than the minimum wage? \_\_\_\_ hours.

3. On Hannah Kim's claim against G.F. Korea for unpaid meal premiums
   \_\_\_\_ we find in favor of Hannah Kim and against G.F. Korea.
   _X_ we find in favor of G.F. Korea and against Hannah Kim.

If you find in favor of Hannah Kim, what is the amount of wages owed? $ ____.

4. On Hannah Kim's claim against G.F. Korea for unpaid rest premiums

   ____ we find in favor of Hannah Kim and against G.F. Korea.

   __X__ we find in favor of G.F. Korea and against Hannah Kim.

   If you find in favor of Hannah Kim, what is the amount of wages owed? $ ____.

5. On Hannah Kim's claim against G.F. Korea for unpaid/untimely wages

   ____ we find in favor of Hannah Kim and against G.F. Korea.

   __X__ we find in favor of G.F. Korea and against Hannah Kim.

   If you find in favor Hannah Kim, what are the total amount of wages owed? $ ____.

   If you find in favor of Hannah Kim, how many calendar days did G.F. Korea fail to pay/tender payment of the full amount of Hannah Kim's wages? ____ days.

   What was Hannah Kim's daily wage rate at the time G.F. Korea failed to pay/tender payment of her wages? $ ____ per day.

6. On Hannah Kim's claim against G.F. Korea for wages not timely paid upon termination

   ____ we find in favor of Hannah Kim and against G.F. Korea.

   __X__ we find in favor of G.F. Korea and against Hannah Kim.

   If you find in favor of Hannah Kim, how many calendar days following Hannah Kim's last day of employment did G.F. Korea fail to pay/tender payment of the full amount of Hannah Kim's wages? ____ days.

   What was Hannah Kim's daily wage rate at the time G.F. Korea failed to pay/tender payment of her wages $ ____ per day.

   If you find in favor of Hannah Kim, what are the total amount of wages owed? $ ____.

7. On Hannah Kim's claim against G.F. Korea for failure to provide itemized wage statement:

   ____ we find in favor of Hannah Kim and against G.F. Korea.

   __X__ we find in favor of G.F. Korea and against Hannah Kim.

3

First Amended JUDGMENT

If you find in favor of Hannah Kim, how many pay periods did G.F. Korea fail to provide an itemized wage statement? _____ pay periods.

We award Hannah Kim the following damages: $ _____.

8. On Hye Young Bang's claim against Ji Young Kim for common count for work and labor services

   _____ we find in favor of Hye Young Bang and against Ji Young Kim.

   __X__ we find in favor of Ji Young Kim and against Hye Young Bang.

9. On Hye Young Bang's claim against Jong Dae Lee for common count for work and labor services

   _____ we find in favor of Hye Young Bang and against Jong Dae Lee.

   __X__ we find in favor of Jong Dae Lee and against Hye Young Bang.

10. On Hye Young Bang's claim against Ji Young Kim for breach of oral contract

    _____ we find in favor of Hye Young Bang and against Ji Young Kim.

    __X__ we find in favor of Ji Young Kim and against Hye Young Bang.

11. On Hye Young Bang's claim against Jong Dae Lee for breach of oral contract

    _____ we find in favor of Hye Young Bang and against Jong Dae Lee.

    __X__ we find in favor of Jong Dae Lee and against Hye Young Bang.

    If you find in favor of Hye Young Bang on at least one of her claims against Ji Young Kim or Jong Dae Lee in Questions 8-11,

    How much do you award Hye Young Bang in damages? $ _____.

12. On Hye Young Bang's claim against Ji Young Kim for breach of loan agreement

    _____ we find in favor of Hye Young Bang and against Ji Young Kim.

    __X__ we find in favor of Ji Young Kim and against Hye Young Bang.

4

First Amended JUDGMENT

13. On Hye Young Bang's claim against Jong Dae Lee for breach of loan agreement

\_\_\_\_ we find in favor of Hye Young Bang and against Jong Dae Lee.

\_X\_\_ we find in favor of Jong Dae Lee and against Hye Young Bang.

14. On Hye Young Bang's claim against G.F. Korea for breach of loan agreement

\_\_\_\_ we find in favor of Hye Young Bang and against G.F. Korea.

\_X\_\_ we find favor of G.F. Korea and against Hye Young Bang.

If you find in favor of Hye Young Bang on at least one of her claims against Ji Young Kim, Jong Dae Lee, or G.F. Korea in Questions 12-14,

How much do you award Hye Young Bang in damages? $ \_\_\_\_ .

15. On G.F. Korea's claim against Yehyang, Inc. for breach of contract

\_X\_\_ we find in favor of G.F. Korea and against Yehyang, Inc. and award damages to G.F. Korea in the amount of **$ 1.00**.

\_\_\_\_ we find in favor of Yehyang, Inc. and against G.F. Korea.

16. On G.F. Korea's claim against Hye Young Bang for money had and received

\_X\_\_ we find in favor of G.F. Korea and against Hye Young Bang and award damages to G.F. Korea in the amount of **$ 66,300.00**.

\_\_\_\_ we find in favor of Hye Young Bang and against G.F. Korea, Inc.

17. On G.F. Korea's claim against Hannah Kim for breach of fiduciary duty

\_X\_\_ we find in favor of G.F. Korea against Hannah Kim and award damages to G.F. Korea in the amount of **$ 30,000.00**.

\_\_\_\_ we find in favor of Hannah Kim and against G.F. Korea.

18. On G.F. Korea's claim against Hye Young Bang for fraud

\_X\_\_ we find in favor of G.F. Korea and against Hye Young Bang.

5

First Amended JUDGMENT

1 | _____ we find in favor of Hye Young Bang and against G.F. Korea.

2

3 | 19. On G.F. Korea's claim against Ik Soo Bang for fraud

4 |    __X__ we find in favor of G.F. Korea and against Ik Soo Bang.

5 |    _____ we find in favor of Ik Soo Bang and against G.F. Korea.

6

7 | 20. On G.F. Korea's claim against Hannah Kim for fraud

8 |    __X__ we find in favor of G.F. Korea against Hannah Kim.

9 |    _____ we find in favor of Hannah Kim and against G.F. Korea.

10

11 | 21. On G.F. Korea's claim against Yehyang, Inc. for fraud

12 |    __X__ we find in favor of G.F. Korea and against Yehyang, Inc.

13 |    _____ we find in favor of Yehyang, Inc. and against G.F. Korea.

14 | If you find in favor of G.F. Korea on at least one of its claims against Yehyang, Inc., Hye

15 | Young Bang, Hannah Kim, or Ik Soo Bang in Questions 18-21, how much do you award G.F.

16 | Korea in damages? **$ 286,526.33**.

17

18 | 22. On Ji Young Kim's claim against Hye Young Bang for fraud

19 |    __X__ we find in favor of Ji Young Kim and against Hye Young Bang.

20 |    _____ we find in favor of Hye Young Bang and against Ji Young Kim.

21

22 | 23. On Ji Young Kim's claim against Ik Soo Bang for fraud

23 |    __X__ we find in favor of Ji Young Kim and against Ik Soo Bang.

24 |    _____ we find in favor of Ik Soo Bang and against Ji Young Kim.

25

26 | 24. On Ji Young Kim's claim against Yehyang, Inc. for fraud

27 |    __X__ we find in favor of Ji Young Kim and against Yehyang, Inc.

28 |    _____ we find in favor of Yehyang, Inc. and against Ji Young Kim.

*First Amended* JUDGMENT

If you find in favor of Ji Young Kim's on at least one of its claims against Hye Young Bang, Ik Soo Bang, or Yehyang, Inc. in Questions 22-24, how much do you award Ji Young Kim in damages? **$ 1.00**.

If you found in favor of G.F. Korea or Ji Young Kim in any of the questions listed in Questions 18 through 24, please answer the questions as to those defendant(s) whom you found against.

We answer the questions submitted to us as follows:

25. Did Hye Young Bang engage in the conduct with malice, oppression, or fraud?

__X__ Yes ____ No

26. Did Ik Soo Bang engage in the conduct with malice, oppression, or fraud?

__X__ Yes ____ No

27. Did Hannah Kim engage in the conduct with malice, oppression, or fraud?

__X__ Yes ____ No

28. Was the conduct constituting malice, oppression, or fraud committed by one or more officers, directors, or managing agents of Yehyang, Inc. acting on behalf of Yehyang, Inc.?

__X__ Yes ____ No

Signed: /s *Presiding Juror*
         Presiding Juror
Dated: September 28, 2016

First Amended JUDGMENT

After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

### SECOND PHASE - PUNITIVE DAMAGES

### SPECIAL VERDICT FORM – HANNAH KIM - PUNITIVE DAMAGES

We, the jury, in the above entitled action, answer the following questions submitted to us as follows:

Having found Defendant HANNAH KIM, by clear and convincing evidence, to have acted by fraud, oppression or malice, we award JI YOUNG KIM and G.F. KOREA, INC. the following punitive damages:

$: 150,000.00

Dated: September 29, 2016     Signed:     /s Presiding Juror
                                          "Presiding Juror"

### SPECIAL VERDICT FORM - HYE YOUNG BANG - PUNITIVE DAMAGES

We, the jury, in the above entitled action, answer the following questions submitted to us as follows:

Having found Defendant HYE YOUNG BANG, by clear and convincing evidence, to have acted by fraud, oppression or malice, we award JI YOUNG KIM and G.F. KOREA, INC. the following punitive damages:

$: 500,000.00

Dated: September 29, 2016     Signed:     /s Presiding Juror
                                          "Presiding Juror"

8

First Amended JUDGMENT

## SPECIAL VERDICT FORM – IK SOO BANG - PUNITIVE DAMAGES

We, the jury, in the above entitled action, answer the following questions submitted to us as follows:

Having found Defendant IK SOO BANG, by clear and convincing evidence, to have acted by fraud, oppression or malice, we award JI YOUNG KIM and G.F. KOREA, INC. the following punitive damages:

$:     500,000.00

Dated: September 29, 2016     Signed:     */s Presiding Juror*

"Presiding Juror"

## SPECIAL VERDICT FORM – YEHYANG, INC. - PUNITIVE DAMAGES

We, the jury, in the above entitled action, answer the following questions submitted to us as follows:

Having found Defendant YEHYANG, INC., by clear and convincing evidence, to have acted by fraud, oppression or malice, we award JI YOUNG KIM and G.F. KOREA, INC. the following punitive damages:

$:     150,000.00

Dated: September 29, 2016     Signed:     */s Presiding Juror*

"Presiding Juror"

9

First Amended JUDGMENT

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED** that judgment be entered in as follows:

### As to the Cross-Complainants' Cross-Complaint

The Court orders judgment in favor of Cross Defendant G.F. Korea Inc. and against Cross-Complainant Hye Young Bang.

The Court orders judgment in favor of Cross-Defendant Jiyoung Kim and against Cross-Complainant Hye Young Bang.

The Court orders judgment in favor of Cross-Defendant Jong Dae Lee and against Cross-Complainant Hye Young Bang.

The Court orders judgment in favor of Cross-Defendant G.F. Korea Inc. and against Cross-Complainant Hannah Kim.

### As to the Plaintiffs' Complaint

Wherein Plaintiff G.F. Korea Inc. elects the cause of action for Fraud against Yehyang, Inc. instead of the cause of action for Breach of Contract.

The Court orders judgment in favor of Plaintiffs G.F. Korea Inc. and Jiyoung Kim against Defendants Yehyang, Inc., Ik Soo Bang, Hye Young Bang, and Hannah Kim, on Defendants Yehyang, Inc., Ik Soo Bang, Hye Young Bang, and Hannah Kim's by a finding of clear and convincing evidence of malice, oppression or fraud, in the following amounts:

### As to Fraud

Judgment in favor of G.F. Korea, Inc., and joint and severally against Defendants Yehyang, Inc. and Ik Soo Bang and Hye Young Bang and Hannah Kim, for Fraud, in compensatory damages of $286,526.33. **Totaling $ 286,526.33**

In addition to the foregoing, Judgment in favor of Jiyoung Kim and joint and severally against Defendants Yehyang, Inc. and Ik Soo Bang and Hye Young Bang and Hannah Kim, for Fraud,

in compensatory damages of $1.00. **Totaling $ 1.00**

### As to Money Had Received

In addition to the foregoing, Judgment in favor of G.F. Korea Inc. against Hye Young Bang, for Money Had Received, in compensatory damages of $66,300.00: **Totaling $66,300.00**

### As to Breach of Fiduciary Duty

In addition to the foregoing, Judgment in favor of G.F. Korea Inc. against Hannah Kim, for Breach of Fiduciary Duty, in compensatory damages of $30,000.00: **Totaling $30,000.00**

### As to Punitive Damages

In addition to the foregoing, Judgment in favor of G.F. Korea, Inc. and Ji Young Kim, and against defendant Hannah Kim in the amount for $150,000.00 for punitive damages: **Totaling $ 150,000.00**

In addition to the foregoing, Judgment in favor of G.F. Korea, Inc. and Ji Young Kim, and against defendant Yehyang, Inc. in the amount for $150,000.00 for punitive damages: **Totaling $ 150,000.00**

In addition to the foregoing, Judgment in favor of G.F. Korea, Inc. and Ji Young Kim, and against defendant Ik Soo Bang in the amount for $500,000.00 for punitive damages: **Totaling $ 500,000.00**

In addition to the foregoing, Judgment in favor of G.F. Korea, Inc. and Ji Young Kim, and against defendant Hye Young Bang in the amount for $500,000.00 for punitive damages: **Totaling $ 500,000.00**

1       In addition to the foregoing sums, Plaintiffs and Cross Defendants GF KOREA, INC. and
2   JIYOUNG KIM and Defendant JONG DAE LEE are awarded costs, joint and severally, against
3   Defendants Yehyang, Inc. and Ik Soo Bang and Hye Young Bang and Hannah Kim in the amount of
4   $23,619.09

6       All sums awarded hereunder will bear interest at the legal rate of 10% per annum from the date
7   of the judgment is entered until paid.

10  Dated: 1/10/2017

                                       Hon. Deborah C. Servino
                                       Judge of the Superior Court

12

First Amended JUDGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Law Office of Charles Murray  444 S. Flower St. Suite 2530, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF EXHIBIT TO PROPOSED JUDGMENT (Document No. 78) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/27/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses as subscribed to by ECP:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ~~06/04/18~~ 06/04/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
Hannah Kim, 4371 Pioneer St., Irvine, CA 92604
```

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor Albert
United States Bankruptcy Court Central District of California
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 06/04/2018 | CHARLES L. MURRAY | /s/ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**