| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Charles L. Murray III, Esq. SBN 195053<br>444 S. Flower St. Suite 2530<br>Los Angeles, CA 90071<br>Telephone: 213-627-5983<br>Facsimile: 213-627-6051<br>cmurray@cm3law.com<br><br>Attorney for Plaintiffs Ji Young Kim, and G.F. Korea<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: GF Korea,Inc and Ji Young Kim | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 12 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** steinber **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Hannah Kim<br><br><br><br><br>                                    Debtor(s)<br><br>Ji Young Kim and<br>GF KOREA, INC.<br><br><br><br>                                    Plaintiff(s)<br>                        vs.<br><br>Hannah Kim<br><br><br><br><br><br>                                    Defendant(s) | CASE NO.: 8:17−bk−11664−TA<br>CHAPTER: 7<br>ADVERSARY NO.: 8:18-ap-01063-TA<br><br>**DEFAULT JUDGMENT**<br>**(BASED ON PRIOR JUDGMENT)**<br><br>DATE:  June 28, 2018<br>TIME:   11:00 a.m.<br>COURTROOM:  5B<br>PLACE: Ronald Reagan Federal Courthouse<br>             411 West Fourth Street<br>             Santa Ana, CA 92701-4593 |
|---|---|

Based on the Defendant's failure to respond to the complaint, the court renders its judgment as follows:

1.   Judgment shall be entered in favor of Plaintiffs (*specify name*): Ji Young Kim and G.F. Korea, Inc.
     and against Defendant (*specify name*): Hannah Kim

2.   ☒   The liability resulting from the judgment previously entered in favor of the Plaintiff as described below is
         determined to be non-dischargeable under:    ☒   Bankruptcy Code § 523(a)(2)(A)
         ☐ Other *(specify)*:

     Case:   *G.F. Korea, Inc. v. YehYang, Inc. et al* (Orange County Case No. 30-2014-00755207-CU-BT-CJC)
     Court:   Superior Court of California, in and for the County of Orange

     A copy of the underlying judgment *has been filed as Docket No 21*.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                           F 7055-1.2.DEFAULT.JMT.PRIOR

3. a. ☒ Plaintiff is awarded costs in the following amount:    $350.00
   b. ☐ Plaintiff is awarded attorney fees in the following amount:    $_____
   c. ☐ Plaintiff is granted the following relief *(specify):*


   ☐ See attached page

4. ☐ The court further orders *(specify):*


   ☐ See attached page

                                              ###




Date: July 12, 2018

*[signature]*
Theodor C. Albert
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              **F 7055-1.2.DEFAULT.JMT.PRIOR**