United States Bankruptcy Court
Central District of California

Kim,
    Plaintiff

Adv. Proc. No. 18-01063-TA

Kim,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8     User: esteinber     Page 1 of 1     Date Rcvd: Jul 12, 2018
                    Form ID: pdf045     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
```
pla           +GF KOREA, INC.,    444 S Flower St Ste 2530,    Los Angeles, CA 90071-2907
dft           +Hannah Kim,    4371 Pioneer St.,    Irvine, CA 92604-2700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
pla             Ji Young Kim
```
                                                                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
```
              Charles L Murray, III    on behalf of Plaintiff Ji Young Kim cm3esquire@sbcglobal.net,
               cm3esquire@sbcglobal.net
              Charles L Murray, III    on behalf of Plaintiff   GF KOREA, INC. cm3esquire@sbcglobal.net,
               cm3esquire@sbcglobal.net
              Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              William M Burd    on behalf of Interested Party    Courtesy NEF bill@ringstadlaw.com,
               jaimee@ringstadlaw.com
```
                                                                                                                               TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Charles L. Murray III, Esq. SBN 195053<br>444 S. Flower St. Suite 2530<br>Los Angeles, CA 90071<br>Telephone: 213-627-5983<br>Facsimile: 213-627-6051<br>cmurray@cm3law.com<br><br>Attorney for Plaintiffs Ji Young Kim, and G.F. Korea<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: GF Korea,Inc and Ji Young Kim | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUL 12 2018<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY steinber DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Hannah Kim<br><br>                                                    Debtor(s)<br><br>Ji Young Kim and<br>GF KOREA, INC.<br><br>                                                    Plaintiff(s)<br>                    vs.<br><br>Hannah Kim<br><br>                                                    Defendant(s) | CASE NO.: 8:17−bk−11664−TA<br>CHAPTER: 7<br>ADVERSARY NO.: 8:18-ap-01063-TA<br><br>**DEFAULT JUDGMENT<br>(BASED ON PRIOR JUDGMENT)**<br><br>DATE:  June 28, 2018<br>TIME:  11:00 a.m.<br>COURTROOM: 5B<br>PLACE: Ronald Reagan Federal Courthouse<br>             411 West Fourth Street<br>             Santa Ana, CA 92701-4593 |

Based on the Defendant's failure to respond to the complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiffs (*specify name*): Ji Young Kim and G.F. Korea, Inc.
   and against Defendant (*specify name*): Hannah Kim

2. ☒  The liability resulting from the judgment previously entered in favor of the Plaintiff as described below is determined to be non-dischargeable under:  ☒  Bankruptcy Code § 523(a)(2)(A)
   ☐ Other *(specify)*:

   Case:   *G.F. Korea, Inc. v. YehYang, Inc. et al* (Orange County Case No. 30-2014-00755207-CU-BT-CJC)
   Court:  Superior Court of California, in and for the County of Orange

   A copy of the underlying judgment *has been filed as Docket No 21*.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                    F 7055-1.2.DEFAULT.JMT.PRIOR

3.  a.  ☒ Plaintiff is awarded costs in the following amount:      $<u>350.00</u>
    b.  ☐ Plaintiff is awarded attorney fees in the following amount:  $<u>            </u>
    c.  ☐ Plaintiff is granted the following relief *(specify)*:


    ☐ See attached page

4.  ☐ The court further orders *(specify)*:


    ☐ See attached page

###

Date: July 12, 2018

_____
Theodor C. Albert
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                        **F 7055-1.2.DEFAULT.JMT.PRIOR**